UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK POLIVKA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALTER E. AUCH, FRANK K. REILLY, EDWARD M. ROOB, ADELA CEPEDA, J. MIKESELL THOMAS, MARGO N. ALEXANDER, UBS FINANCIAL SERVICES, INC., UBS GLOBAL ASSET MANAGEMENT AMERICAS, INC., UBS GLOBAL ASSET MANAGEMENT (NEW YORK), INC., SSGA FUNDS MANAGEMENT, INC., MARSICO CAPITAL MANAGEMENT, LLC, DELAWARE INVESTMENTS, WESTWOOD MANAGEMENT CORPORATION, INSTITUTIONAL CAPITAL CORPORATION, ICM ASSET MANAGEMENT, INC., ARIEL CAPITAL MANAGEMENT, LLC, and JOHN DOES NO. 1 THROUGH 100<br><br>Defendants. | Case No. 05-CV-0297<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/21/05 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiff hereby dismisses this action against ALL DEFENDANTS, which has not been certified as a class action. This dismissal is with prejudice with each side to bear their own costs.

Dated: September 21, 2005

RESPECTFULLY SUBMITTED,

Gary Klein (GK-5632)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500
(212) 558-5461 fax

>Randall K. Pulliam
>BARON & BUDD, P.C.
>3102 Oak Lawn Ave.
>Suite 1100
>Dallas, Texas 75219-4281
>(214) 521-3605
>(214) 520-1181 fax
>
>J. Allen Carney
>Hank Bates
>CAULEY BOWMAN
>    CARNEY & WILLIAMS, LLP
>11311 Arcade Dr.
>Suite 200
>Little Rock, Arkansas 72212
>(501) 312-8500
>(501) 312-8505 fax
>
>ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED THIS 21st DAY OF October ~~SEPTEMBER,~~ 2005.

_____
JUDGE